## CONSOLIDATED SCHOOL DIST. NO. 2, PAWNEE COUNTY, v. MEYER, *State Auditor.*

No. 4223.     Opinion Filed May 18, 1915.

(149 Pac. 129.)

MANDAMUS—Alternative Writ—Motion to Quash—Noncompliance with Rule. Motion to quash alternative writ of mandamus sustained for failure of the petitioner to observe rule 14 of the Supreme Court (38 Okla. viii, 137 Pac. ix).

(Syllabus by the Court.)

*Original Application for Writ of Mandamus.*

Original application for writ of mandamus by Consolidated School District No. 2 of Pawnee County, Okla., a municipal corporation, against Leo Meyer, State Auditor. Writ quashed.

*L. N. Kimrey, J. M. Hayes*, and *E. J. Giddings*, for plaintiff.

*Chas. West*, Attorney General, and *R. E. Gish*, Assistant Attorney General, for defendant.

KANE, C. J. This is an original application for a writ of mandamus, commenced by Consolidated School District No. 2 of Pawnee County, as plaintiff, against Leo Meyer, State Auditor, as defendant. Now comes the Attorney General, appearing for the State Auditor, and

moves the court to quash the alternative writ of mandamus issued herein upon the following grounds: (1) That said purported writ shows on its face that it was not signed, issued, allowed, and served as provided by law; (2) that said cause does not present a case wherein this court will exercise original jurisdiction; that leave to proceed from this court has not been obtained, nor a sufficient *prima facie* showing made by plaintiff, under rule 14 (38 Okla. viii, 137 Pac. ix), why it should invoke the original jurisdiction of this court.

The motion to quash is unresisted by the petitioner, and a casual glance at its petition discloses an entire failure to comply with rule 14 of this court. The other grounds to quash seem to be well taken; but, as this one is entirely tenable, the motion of the Attorney General will be sustained, and the alternative writ of mandamus issued herein quashed for failure of the petition to comply with rule 14 of this court.

All the Justices concur.